FILED 
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 04 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **April 8, 2006
MAYWEATHER/JUDAH** Program,

                Plaintiff,

-against-

JEROME J. ARCHER, Individually, and as officer, director, shareholder and/or principal of PLATINUM CUTS INC. d/b/a PLATINUM CUTS a/k/a A CUT ABOVE, and PLATINUM CUTS INC. d/b/a PLATINUM CUTS a/k/a A CUT ABOVE,

                Defendants.
-----------------------------------------------------------

**NOTICE OF DISMISSAL**

Civil Action No. CV-06-4019HON.
ALLYNE R. ROSS

**PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 28, 2006
      Ellenville, New York

                **J & J SPORTS PRODUCTIONS, INC.**

              By: /s/ Julie Cohen Lonstein
                  JULIE COHEN LONSTEIN, ESQ.
                  Attorney for Plaintiff
                  Bar Roll No. JL8521
                  LONSTEIN LAW OFFICE, P.C.
                  Office and P.O. Address
                  1 Terrace Hill : P.O. Box 351
                  Ellenville, NY 12428
                  Telephone: (845) 647-8500
                  Facsimile: (845) 647-6277
                  *Our File No. 06-6-E04*

SO ORDERED this 3rd day of Oct, 2006

[signature]
**HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Attn: Jerome J. Archer
Platinum Cuts, Inc.
508 A Nostrand Ave
Brooklyn, NY 11216


on this 28th day of September, 2006 via United States Postal Service, postage prepaid.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN

**Notices**

1:06-cv-04019-ARR-KAM J & J Sports Productions, Inc. v. Archer et al

## U.S. District Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Lonstein, Julie entered on 9/28/2006 at 11:17 AM EDT and filed on 9/28/2006

**Case Name:** J & J Sports Productions, Inc. v. Archer et al
**Case Number:** 1:06-cv-4019
**Filer:** J & J Sports Productions, Inc.
**Document Number:** 4

**Docket Text:**
NOTICE of Voluntary Dismissal by J & J Sports Productions, Inc. *Jerome J. Archer, et al* (Lonstein, Julie)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/28/2006] [FileNumber=2505969-0]

[60e511686367bf4b33e9e91c69d72af81b1b78887e8c37b98b9e513e54c9c2128c50d
b41e2cc76926dc0f6921b2a69396ea959902eba71bce04466938d186212]]

### 1:06-cv-4019 Notice will be electronically mailed to:

Julie Cohen Lonstein    Julie@signallaw.com, info@signallaw.com; nick@signallaw.com; steve@signallaw.com

### 1:06-cv-4019 Notice will be delivered by other means to: